## AUDITA QUERELA.

### *No.* 1.

TUTTLE *against* TOWN OF BURLINGTON.    *Chittenden*, 1815.

AUDITA QUERELA will not lie, to set aside a judgment, where the original action was on a promissory note, a default suffered, and judgment rendered for an amount of damages, larger than principal and interest.    (In this case the *error* was apparent of record.)

### *No.* 2.

JUDD *against* DOWNING & HAZELTINE.    *Addison*, 1816.

AN Audita Querela will lie to set aside a judgment rendered by a Justice Peace against an infant, who had no guardian notified, or appointed by the Court.

### *No.* 3.

SOLACE *against* DOWNING & HAZELTINE.    *Addison*, 1816.

WHERE a Judgment is rendered, as in the preceding case against a minor, and execution issues, and the officer neglects to collect, and is sued, and judgment is rendered against him by default; an Audita Querela will *not* lie to relieve the officer, against the judgment, while the judgment against the infant remains in full force.